# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DENNIS WAYNE ELMORE, *et al.*   )
                                )   Case No. 2:11-cv-00282-JCM-GWF
        Plaintiffs,   )
                                )   **ORDER**
vs.                             )
                                )
ERIC HOLDER, *et al.*,          )
                                )
        Defendants.   )
                                )

      This matter is before the Court on Plaintiffs' Motion to Extend Time (#6), filed July 15, 2011.

      Plaintiffs request an extension of time to complete service pursuant to Federal Rule of Civil Procedure 4(i)(4). Under the rule referenced by Plaintiffs, "[t]he court must allow a party a reasonable time to cure its failure to: (A) serve a person required to be served under Rule 4(i)(2), *if the party has served either the United States attorney or the Attorney General of the United States*; or (B) serve the United States under Rule 4(i)(3), *if the party has served the United States officer or employee*." Fed. R. Civ. P. (4)(i)(4) (emphasis added). Plaintiffs have not served the United States attorney or the Attorney General of the United States under Rule 4(i)(2). Nor have Plaintiffs served the named United States officer or employee under Rule 4(i)(3). Thus, an extension of time under Rule 4(i)(4) is not appropriate. Accordingly,

      **IT IS HEREBY ORDERED** that Plaintiffs' Motion to Extend Time (#6) is **denied**.

      DATED this 22nd day of July, 2011.

                                                               GEORGE FOLEY, JR.
                                                               **United States Magistrate Judge**