# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS WAYNE ELMORE, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>ERIC HOLDER, et al.,<br><br>　　　　Defendants. | 2:11-CV-282 JCM (CWH) |

**ORDER**

Presently before the court is the matter of *Elmore, et. al. v. Holder, et. al.* (Case No. 2:11-cv-00282-JCM-CWH).

On August 17, 2011, this court dismissed the action pursuant to Federal Rule of Civil Procedure 4(m).

Subsequent to the court's dismissal, on September 7, 2011, the government filed a motion seeking leave to appear. (Doc. #11). Then, on September 9, 2011, plaintiff filed a motion to voluntarily dismiss the action. (Doc. #12).

Both of these motions are moot, in light of the court's dismissal.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the government's motion seeking leave to appear (doc. #11) be, and the same hereby is, DENIED as moot.

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that plaintiff's motion to
2 voluntarily dismiss the action (doc. #12) be, and the same hereby is, DENIED as moot.
3     DATED September 26, 2011.

*/s/ James C. Mahan*
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -